## Philadelphia Belt Line Railroad Company, Appellant, v. Holt Hauling and Warehouse Systems, Inc.

Argued December 8, 1972. *Anthony B. Agnew, Jr.,* with him *Gilfillan, Gilpin & Brehman,* for appellant; *Robert H. Malis,* with him *Michael A. Levin,* and *Malis, Tolson & Malis,* for appellee.

Judgment affirmed.

## Price et ux., Appellants, v. Hartz.

Argued December 11, 1972. *William C. Archbold, Jr.,* with him *John W. Nilon, Jr.,* and *Kassab, Cherry and Archbold,* for appellant; *Joseph P. Mylotte,* with him *Leibert, Short, FitzPatrick & Lavin,* for appellee.

Judgment affirmed.

## Rosenblatt v. Lebanon Boulevard Properties, Inc., Appellant.

Argued November 14, 1972. *Leonard M. Mendelson,* with him *David J. Millstein,* and *Hollinshead and Mendelson,* for appellant; *Charles E. Wittlin,* with him *Baskin Boreman,* and *Wilner, Sachs, Gondelman & Craig,* for appellee.

Order affirmed.

CERCONE, J., absent.